# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-1611

_____

Flomo Tealeh

*Plaintiff - Appellant*

v.

Ward County; Sandra Richter; Melissa Bliss; John Does 1-200, inclusive

*Defendants - Appellees*

_____

No. 20-2196

_____

Flomo Tealeh

*Plaintiff - Appellant*

v.

Ward County; Sandra Richter; Melissa Bliss; John Does, 1-200 inclusive

*Defendants - Appellees*

_____

Appeals from United States District Court
for the District of North Dakota - Western

_____

Submitted: March 1, 2021
Filed: March 5, 2021
[Unpublished]
_____

Before BENTON, MELLOY, and KELLY, Circuit Judges.
_____

PER CURIAM.

In these consolidated appeals, Flomo Tealeh appeals the district court's[1] adverse grant of summary judgment and award of costs. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Banks v. John Deere & Co., 829 F.3d 661, 665 (8th Cir. 2016) (grant of summary judgment is reviewed de novo); see also Winter v. Novartis Pharms. Corp., 739 F.3d 405, 411 (8th Cir. 2014) (legal issues on award of costs are reviewed de novo; actual award of costs is reviewed for abuse of discretion). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota, adopting the report and recommendations of the Honorable Clare R. Hochhalter, United States Magistrate Judge for the District of North Dakota.